**STATE v. DAVIS**

[327 N.C. 467 (1990)]

STATE OF NORTH CAROLINA v. JAMES LLOYD DAVIS, JR.

No. 83A90

(Filed 3 October 1990)

APPEAL by the defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 97 N.C. App. 259, 388 S.E.2d 201 (1990), finding no error in the judgment entered by *Helms, J.,* on 14 September 1988 in Superior Court, GUILFORD County, and pursuant to N.C.G.S. § 7A-31 as to additional issues. Heard in the Supreme Court on 4 September 1990.

*Lacy H. Thornburg, Attorney General, by Henry T. Rosser, Special Deputy Attorney General, for the State.*

*Robert O'Hale, Assistant Public Defender, for the defendant-appellant.*

PER CURIAM.

Affirmed.